UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MACHLAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S.C. JOHNSON & SON, INC., et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-02442-VC<br><br>**ORDER RE VOLUNTARY DISMISSSAL**<br><br>Re: Dkt. No. 45 |

　　　　The parties are required to file a request for dismissal by Thursday, October 19, 2017, explaining how a dismissal would not prejudice unnamed class members.  *See Diaz v. Trust Territory of Pac. Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989).

　　　　**IT IS SO ORDERED.**

Dated: October 12, 2017

_____
VINCE CHHABRIA
United States District Judge