UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MACHLAN,<br><br>   Plaintiff,<br><br>  v.<br><br>S.C. JOHNSON & SON, INC., et al.,<br><br>   Defendants. | Case No. 17-cv-02442-VC<br><br>**ORDER RE REQUEST FOR DISMISSAL**<br><br>Re: Dkt. Nos. 45, 46, 47 |

  David Machlan's claims are dismissed with prejudice. This dismissal is without prejudice to the rights of absent members of the putative class.

  **IT IS SO ORDERED.**

Dated: October 30, 2017

                _____
                VINCE CHHABRIA
                United States District Judge